IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

DALE SEXTON,
    Plaintiff,

v.

SMITH TRANSPORTATION WELL SERVICES,

    Defendant.

Case No. 3:23-CV-175

**ORDER**

AND NOW, this 13th day of March, 2024, the Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is approved. The action is hereby dismissed with prejudice.

BY THE COURT

_____